**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-12-0000442**
**16-JAN-2014**
**11:46 AM**

NO. CAAP-12-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROHELLIO CASTRO, Claimant-Appellant,
v.
BAE SYSTEMS, INC., Employer-Appellee,
and
INDEMNITY INSURANCE OF NORTH AMERICA, Insurance Carrier-Appellee,
and
ACE USA/ESIS, Third-Party Administrator-Appellee,
and
ALOHA AIRLINES, INC., Employer-Appellee,
and
HAWAII INSURANCE GUARANTY ASSOCIATION, Carrier-Appellee

LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-559)(2-08-06552)
(CASE NO. AB-2009-565)(2-95-16869 and 2-98-13130)

ORDER DISMISSING WITH PREJUDICE THE APPEAL
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the January 8, 2014 stipulation to dismiss the appeal with prejudice (Stipulation), it appears that Appeal No. CAAP-12-0000442 has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the

Hawai'i Rules of Appellate Procedure (HRAP). Therefore, pursuant to HRAP Rule 42(a), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that Appeal No. CAAP-12-0000442 is dismissed with prejudice.

DATED: Honolulu, Hawai'i, January 16, 2014.

Presiding Judge

Associate Judge

Associate Judge